CARLL SMITH CHACE, Respondent, v. ELEANOR UPTON CHACE, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted to the extent of allowing twenty-five dollars per week alimony to the defendant and $350 counsel fee. No opinion. Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ.

NATIONAL SURETY CORPORATION, Appellant, v. WILLIAM M. LYBRAND and Others, Respondents, and GEORGE R. BOWDEN, Doing Business, etc., and Others, Defendants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon and Cohn, JJ.

MARIE EL KHOURY, Doing Business, etc., Respondent, v. ADRIAN H. LARKIN and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ.

DRY DOCK SAVINGS INSTITUTION, Successor by Merger to THE UNITED STATES SAVINGS BANK OF THE CITY OF NEW YORK, Respondent, v. 320 E. 86TH ST. CORPORATION, Appellant, Impleaded with Others.— Order unanimously reversed, with twenty dollars costs and disbursements to the appellant, and issues including the net amount of arrears due and the making and terms of the claimed agreement fixing the amount of arrears at $4,000 and the costs of foreclosure at $375 referred to an official referee to hear and report. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ.

SARAH MULLRINE, Respondent, v. JOSEPH ALBUS, Appellant, Impleaded with Others.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion also granted as to item 4 of the notice of motion. No opinion. Verified bill of particulars to be served within ten days after service of order. Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ.

CHARLES M. SUTHERLAND and JANET SUTHERLAND, Respondents, v. SACHS QUALITY FURNITURE, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ.

In the Matter of the Application of FRANCIS STORM APPLEBY and EDGAR TOWNSEND APPLEBY, Executors, etc., of EDGAR S. APPLEBY, Deceased, to Determine the Validity and Effect of Notice of Election. FRANCIS STORM APPLEBY and Another, Respondents, SONIA G. APPLEBY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ.

LEON A. BRODY, Respondent, v. ROBERT SCHNABEL, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ.

NATHAN S. RUBIN, Appellant, v. KEYSTONE BINDERY, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ.